CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MRUNMAYI SHRIKANT KALE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*., <br><br> Defendants. | Case No. 3:25-cv-10849 VC <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND [PROPOSED] ORDER** |

The parties in this action hereby stipulate to an extension of time for Defendants' response to Plaintiffs' complaint.  Defendants will file their response on or before April 8, 2026.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 5.  Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or May 8, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by June 8, 2026.

///

///

Stipulation to Extend
C 3:25-cv-10849 VC                                    1

Dated: March 9, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 9, 2026

*/s/ Niralkumar Patel*
NIRALKUMAR PATEL
KLDP LLP
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 16, 2026

GRANTED

Judge Vince Chhabria

_____ Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:25-cv-10849 VC                2